# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DARRELL KIRK UNDERWOOD,<br>　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW SAUL,<br>Commissioner of Social<br>Security,<br>　　　　Defendant. | CIVIL ACTION<br><br><br><br>NO. 19-1915 |

## **O R D E R**

AND NOW, this  16th  day of March, 2020, upon consideration of the Report and Recommendation filed by United States Magistrate Judge Lynne A. Sitarski, and upon independent review of the briefs filed by the parties and Plaintiff's Objection to the Report and Recommendation and the Defendant's response thereto, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;
2. Plaintiff's Request for Review is DENIED; and
3. Judgment is entered in this matter in favor of DEFENDANT.

BY THE COURT:

s/ J. Curtis Joyner
_____
J. CURTIS JOYNER, J.